A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tammy Downs D.C. on
**Apr 22, 2014**
For the United States District Court
Eastern District of Arkansas

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                    MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Arkansas.

FOR THE PANEL:

*Jeffery N. Lüthi*
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Apr 22, 2014**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
James W. McCormack, Clerk
By: /s/ Tenesha Brown D.C. on
**Apr 22, 2014**
For the United States District Court
Eastern District of Arkansas

**IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION**   MDL No. 1507

### SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| **DIST** | **DIV.** | **C.A.NO.** | **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
| ARE | 4 | 10−00212 | MD | 1 | 10−00445 | Mary Louise Dilworth v. Johnson &Johnson, et al. |
| ARE | 4 | 08−00182 | MN | 0 | 07−04958 | William R. Mink, etc. v. Wyeth, Inc., et al. |
| ARE | 4 | 05−00831 | NYS | 1 | 05−03318 | Sheila Solel v. Wyeth, et al. |

* − denotes that the civil action has been severed.