```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
SHEILA SOLE,                               :
                    Plaintiff,             :
                                           :      05 Civ. 3318 (DLC)
       -v-                                 :
                                           :      SCHEDULING ORDER
WYETH, WYETH PHARMACEUTICALS INC.,         :
PFIZER INC., PHARMACIA CORPORATION,        :
PHARMACIA & UPJOHN INC., PHARMACIA         :
UPJOHN CO., and GREENSTONE LTD.,           :
                                           :
                    Defendants.            :
----------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to the order of the Judicial Panel on Multidistrict Litigation dated April 22, 2014, the above-captioned action was remanded to this Court. Accordingly, it is hereby

ORDERED that a conference is scheduled for **May 30, 2014** at **10 a.m.** in Courtroom 15B, 500 Pearl Street.

IT IS FURTHER ORDERED that counsel for the plaintiff shall serve a copy of this Order upon counsel for the defendants.

IT IS FURTHER ORDERED that the parties shall confer regarding a schedule, and submit their proposal to the Court no later than **May 27, 2014**.

Dated:   New York, New York
         May 13, 2014

                                    _____
                                           DENISE COTE
                                    United States District Judge